EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
CHRISTEN A. SPROULE (Cal. Bar Pending)
Assistant United States Attorney
LUCAS E. ROWE (CBN: 298697)
Special Assistant United States Attorney
Asset Forfeiture Section
  Federal Courthouse, 14th Floor
  312 North Spring Street
  Los Angeles, California 90012
  Telephone: (213) 894-4493
  Facsimile: (213) 894-7177
  E-mail: Christen.A.Sproule@usdoj.gov
        Lucas.Rowe@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

JS-6

**FILED**
CLERK, U.S. DISTRICT COURT

August 31, 2015.

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | NO. CV14-00284-SJO (ASx) |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT OF FORFEITURE** |
| $59,520.00 IN U.S. CURRENCY | |
| Defendant. | |
| _____ | |
| ALBERT WIDMER | |
| Claimant | |

//

//

A Court trial of this matter was held on August 24, 2015. The Court issued its Order re Findings of Fact and Conclusions of Law (Dkt. #69) on August 24, 2015. The

Court found that Plaintiff, United States of America, proved by a preponderance of the evidence that the defendant, $59,520.00 in U.S. Currency, is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) because it represents proceeds of, or is traceable to, one or more violations of 21 U.S.C. § 841 et seq.  The Court further found that Claimant, Albert Widmer did not establish any other defense to the forfeiture.

IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the defendant, $59,520.00 in U.S. Currency, is hereby forfeited to plaintiff United States of America and no other right, title, or interest shall exist therein.  The government shall dispose of the defendant currency according to law.

2. Claimant Albert Widmer did not substantially prevail in this action within the meaning of 28 U.S.C. § 2465.  This judgment shall constitute a certificate of reasonable cause within the meaning of 28 U.S.C. § 2465(a)(2).

///

///

3. There being no just reason for delay, the clerk is hereby directed to enter this judgment, which constitutes a final judgment resolving this action as to all of the parties hereto, and all other potential claimants.

IT IS SO ORDERED.

August 31, 2015.
_____
DATE

*S. James Otero*
_____
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


_____
CHRISTEN A. SPROULE
Assistant United States Attorney
LUCAS E. ROWE
Special Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA